JONES DAY
Rick Bergstrom, Bar No. 169594
rjbergstrom@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California 92121.3134
Telephone: +1.858.314.1200
Facsimile: +1.844.345.3178

Attorneys for Defendant
MICRON TECHNOLOGY INC.

KING & SIEGEL LLP
Julian Burns King, Bar No. 298617
julian@kingsiegel.com
Robert J. King, Bar No. 302545
robert@kingsiegel.com
Erum Siddiqui, Bar No. 325981
erum@kingsiegel.com
724 S. Spring Street, Suite 201
Los Angeles, CA 90014
Telephone: +1.213.465.4802
Facsimile: +1.213.465.4803

Attorneys for Plaintiff ROBERT BIELBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIELBY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive;<br><br>Defendants. | Case No. 2:23-cv-2356-KJM-CKD<br><br>**STIPULATION REGARDING PLAINTIFF'S ALLEGED DAMAGES** |

Pursuant to Local Rule 143, Plaintiff Robert Bielby ("Plaintiff") and Defendant Micron Technology Inc. ("Micron") (collectively, the "Parties") stipulate to the following:

1. In bringing this action, Plaintiff does not assert and will not request any damages for emotional distress other than "garden variety" damages, which are emotional damages that are simple, usual, and that may be incidental to his underlying claims in this matter;

2. Plaintiff does not allege and will not claim that Micron caused him to suffer any specific mental or physical injury;

3. Plaintiff does not allege and will not claim that he had any pre-existing mental or physical condition that was exacerbated by any alleged conduct of Micron;

4. Plaintiff will not testify that he sought or obtained psychological or psychiatric treatment as a result of any alleged conduct of Micron; and

5. Plaintiff will not call any treating physician, therapist, or other medical provider or seek to introduce any documents to establish any physical or emotional injury as a basis for damages in this matter.

Dated: April 17, 2024                    JONES DAY

By: */s/ Rick Bergstrom*
    Rick Bergstrom

Attorneys for Defendant MICRON TECHNOLOGY INC.

- 1 -

STIPULATION REGARDING PLAINTIFF'S ALLEGED DAMAGES
CASE NO. 2:23-cv-2356-KJM-CKD

| | |
|---|---|
| Dated: April 17, 2024 | KING & SIEGEL LLP |

By: */s/ Robert J. King* (as authorized on 4/16/24)
   Robert J. King

Attorneys for Plaintiff ROBERT BIELBY

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: April 22, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE