UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIELBY, an individual; <br><br> Plaintiff, <br><br> v. <br><br> MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive; <br><br> Defendants. | Case No. 2:23-cv-2356-KJM-CKD <br><br> **ORDER MODIFYING EXPERT DISCOVERY DEADLINES** |

Upon consideration of the Parties' Stipulation to Modify Expert Discovery Deadlines, and for good cause shown, the Court hereby adopts the following expert discovery deadlines:

| Matter | Date |
|---|---|
| Expert Disclosure (Initial) | April 7, 2025 |
| Expert Disclosure (Rebuttal) | April 21, 2025 |
| Expert Discovery Cut-Off | May 5, 2025 |

The deadlines for the completion of fact discovery and the filing of dispositive motions set forth in the Court's Scheduling Order of January 25, 2024 (ECF No. 16) shall remain in effect.

IT IS SO ORDERED.

Dated: July 3, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE