JONES DAY
Rick Bergstrom, Bar No. 169594
rjbergstrom@jonesday.com
Jayce E. Gustafson, Bar No. 344961
jgustafson@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, California  92121.3134
Telephone:  +1.858.314.1200
Facsimile:   +1.844.345.3178

Attorneys for Defendant
MICRON TECHNOLOGY INC.

KING & SIEGEL LLP
Julian Burns King, Bar No. 298617
julian@kingsiegel.com
Robert J. King, Bar No. 302545
robert@kingsiegel.com
Erum Siddiqui, Bar No. 325981
erum@kingsiegel.com
724 S. Spring Street, Suite 201
Los Angeles, CA  90014
Telephone:  +1.213.465.4802
Facsimile:   +1.213.465.4803

Attorneys for Plaintiff ROBERT BIELBY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIELBY, an individual;<br><br>                    Plaintiff,<br><br>         v.<br><br>MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive;<br><br>                    Defendants. | Case No. 2:23-cv-2356-KJM-CKD<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the Parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP"). The Parties request that the VDRP proceeding be scheduled in 2025 after the ruling on defendant Micron Technology Inc.'s Summary Judgment Motion which the parties currently anticipate will occur by the end of 2024.

Dated: July 31, 2024                    JONES DAY

                                        By: *s/ Rick Bergstrom*
                                              Rick Bergstrom

                                        Attorneys for Defendant MICRON TECHNOLOGY INC.

Dated: July 31, 2024                    KING & SIEGEL LLP

                                        By: *s/ Erum Siddiqui* (as authorized on 7/31/24)
                                              Erum Siddiqui

                                        Attorneys for Plaintiff ROBERT BIELBY

- 1 -

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP
CASE NO. 2:23-cv-2356-KJM-CKD

**ORDER**

Pursuant to the parties' stipulation, the court refers this matter to the court's ADR Coordinator, Sujean Park, for referral to the Voluntary Dispute Resolution Program (VDRP).  The court request that Ms. Park ascertain if the parties are prepared to attend a VDRP session before dispositive motion briefing, and if so that she arrange for such a session this year yet.  If not, the VDRP session shall be scheduled no later than 2025 as the parties request and shall occur by June 30, 2025.  At the session, a principal with full settlement authority for each party shall appear.

IT IS SO ORDERED.

DATED: August 4, 2024

_____
CHIEF UNITED STATES DISTRICT JUDGE