UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIELBY, an individual;<br><br>            Plaintiff,<br><br>   v.<br><br>MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive;<br><br>           Defendants. | Case No. 2:23-cv-2356-DC-CKD<br><br>**ORDER MODIFYING EXPERT DISCOVERY DEADLINES** |

Upon consideration of the Parties' Stipulation to Modify Expert Discovery Deadlines, and for good cause shown, the Court hereby adopts the following expert discovery deadlines:

| Matter | Date |
| --- | --- |
| Expert Disclosure (Initial) | August 5, 2025 |
| Expert Disclosure (Rebuttal) | August 19, 2025 |
| Expert Discovery Cut-Off | September 2, 2025 |

IT IS SO ORDERED.

Dated:  February 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE