1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT BIELBY, an individual; | Case No. 2:23-cv-2356-DC-CKD |
|---|---|
| Plaintiff, | **ORDER MODIFYING EXPERT DISCOVERY DEADLINES** |
| v. | |
| MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive; | |
| Defendants. | |

Upon consideration of the Parties' Stipulation to Modify Expert Discovery Deadlines, and for good cause shown, the Court hereby adopts the following expert discovery deadlines:

| Matter | Date |
| --- | --- |
| Expert Disclosure (Initial) | November 3, 2025 |
| Expert Disclosure (Rebuttal) | December 15, 2025 |
| Expert Discovery Cut-Off | March 2, 2026 |

IT IS SO ORDERED.

Dated: July 1, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE