UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIELBY, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive;<br><br>        Defendants. | Case No. 2:23-cv-2356-DC-CKD<br><br>**ORDER MODIFYING EXPERT DISCOVERY DEADLINES** |

     Upon consideration of the Parties' Stipulation to Modify Expert Discovery Deadlines, and for good cause shown, the parties' motion to continue (ECF No. 42) is GRANTED. The Court hereby adopts the following expert discovery deadlines:

| Matter | Date |
| --- | --- |
| Expert Disclosure (Initial) | February 13, 2026 |
| Expert Disclosure (Rebuttal) | April 17, 2026 |
| Expert Discovery Cut-Off | July 3, 2026 |

     IT IS SO ORDERED.

Dated: October 15, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE