1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT BIELBY,                         No. 2:23-cv-02356-DC-CKD

12              Plaintiff,

13         v.                                ORDER DENYING WITHOUT PREJUDICE
                                             PLAINTIFF'S REQUEST TO FILE
14    MICRON TECHNOLOGY INC., et al.,        DOCUMENTS UNDER SEAL

15              Defendants.                  (Doc. No. 30)

16

17

18         On February 5, 2025, Plaintiff filed a notice of request to file under seal unredacted

19    versions of Plaintiff's opposition to Defendant's motion for summary judgment, Plaintiff's

20    separate statement of material facts filed in support of Plaintiff's opposition to Defendant's

21    motion for summary judgment, and numerous documents attached as exhibits to the declaration

22    of Robert King filed in support of Plaintiff's opposition to Defendant's motion for summary

23    judgment. (Doc. No. 30.) Contrary to Local Rule 140(b), Plaintiff also concurrently filed redacted

24    versions of those documents. (Doc. No. 31.) Also on February 5, 2025, Plaintiff provided the

25    court with a copy of his notice of request to seal and the same redacted versions of the documents

26    that he already filed—he did not provide an unredacted version of those documents nor a request

27    to seal explaining his reasons for why those documents should be filed under seal.

28         Local Rule 140(d) requires that a party seeking to file redacted documents on the public

1    record submit unredacted versions of the subject documents with the court and file a request to

2    file the unredacted document under seal pursuant to Local Rule 141. In turn, Local Rule 141

3    requires that the requesting party email to the court a request to seal setting forth the statutory or

4    other authority for filing under seal, the requested duration, the identity of persons to be permitted

5    access to the documents and all other relevant information. L.R. 141(b). This court's Standing

6    Order in Civil Cases reiterates that all requests to file under seal must comply with Local Rules

7    140 and 141. (Doc. No. 27-1 at 4.)

8         Here, Plaintiff emailed to the court (1) the same notice of his request to file under seal that

9    he filed on the public docket, which provides no basis for the request; and (2) the same redacted

10   versions of the subject documents that he filed on the public docket. Thus, Plaintiff's request to

11   file under seal does not comply with the Local Rules and this court's Civil Standing Order, and

12   these deficiencies render the court unable to determine whether there is any basis for redaction

13   and/or filing the requested documents under seal.

14        Accordingly,

15   1.   Plaintiff's request to file documents under seal (Doc. No. 30) is DENIED without

16        prejudice;

17   2.   Within fourteen (14) days from the date of entry of this order, Plaintiff may file a

18        renewed request to seal or redact pursuant to Local Rules 140 and 141; and

19   3.   If Plaintiff does not timely file a renewed request to seal, Plaintiff shall file

20        unredacted versions of the referenced documents on the public docket by no later

21        than fourteen (14) days from the date of entry of this order.

22

23        IT IS SO ORDERED.

24   Dated:   **November 6, 2025**

                                        Dena Coggins
25                                      United States District Judge

26

27

28

                                        2