UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BIELBY, an individual;<br><br>        Plaintiff,<br><br>   v.<br><br>MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive;<br><br>        Defendants. | Case No. 2:23-cv-2356-DC-CKD<br><br>**ORDER MODIFYING EXPERT DISCOVERY DEADLINES** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Upon consideration of the Parties' Stipulation to Modify Expert Discovery Deadlines, and for good cause shown, the Court hereby adopts the following expert discovery deadlines:

| Matter | Date |
|---|---|
| Expert Disclosure (Initial) | November 20, 2026 |
| Expert Disclosure (Rebuttal) | January 29, 2027 |
| Expert Discovery Cut-Off | March 26, 2027 |

IT IS SO ORDERED.

Dated: 04/17/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE