UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT BIELBY, an individual;

Plaintiff,

v.

MICRON TECHNOLOGY INC., a Delaware corporation; and Does 1-10, inclusive;

Defendants.

Case No. 2:23-cv-2356-DC-CKD

**ORDER MODIFYING EXPERT DISCOVERY DEADLINES**

Upon consideration of the Parties' Stipulation to Modify Expert Discovery Deadlines, and for good cause shown, the Court hereby adopts the following expert discovery deadlines:

| **Matter** | **Date** |
|---|---|
| Expert Disclosure (Initial) | April 30, 2027 |
| Expert Disclosure (Rebuttal) | July 9, 2027 |
| Expert Discovery Cut-Off | September 3, 2027 |

IT IS SO ORDERED.

Dated: October 6, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE